# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CINDY COREY,                                              Civil File No. 08-cv-2169-KHV

       Plaintiff,

vs.

ARS RECOVERY SERVICES LLC,

       Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                             **BY THE COURT**

Dated: June 11, 2008                <u>s/ Kathryn H. Vratil</u>
                                        Kathryn H. Vratil
                                        United States District Judge